# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| RYAN JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 3:16-cv-00053-JMV |
| § | |
| CAROLYN W. COLVIN, § | |
| ACTING COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

On this date came for consideration Defendant's Unopposed Motion To Reverse With Remand And Enter Judgment And Supporting Memorandum, and the Court being advised in the premises is of the opinion that said Motion should be, and is, hereby granted. It is, therefore,

ORDERED that Defendant Commissioner's October 7, 2014, final administrative decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423, and his claim for supplemental security income (SSI) under Title XVI of the Act, 42 U.S.C. § 1382c(a)(3)(C), is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 16th day of September, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**