# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| RYAN JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 3:16-cv-00053-JMV |
| § | |
| CAROLYN W. COLVIN, § | |
| ACTING COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Consistent with the Order entered today granting Defendant's Unopposed Motion To Reverse With Remand And Enter Judgment, it is, therefore,

ORDERED that Defendant Commissioner's October 7, 2014, final administrative decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423, and his claim for supplemental security income (SSI) under Title XVI of the Act, 42 U.S.C. § 1382c(a)(3)(C), is reversed, and this case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

This 16th day of September, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**